No. 524, Misc. CROSBY v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 525, Misc. BRINK v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 526, Misc. WHITNEY v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 529, Misc. SCHELL v. EIDSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 532, Misc. TABOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 534, Misc. SANDERS, ADMINISTRATRIX, v. SOUTHERN RAILWAY Co. C. A. 6th Cir. Certiorari denied. *Hughie Ragan* for petitioner. *Caruthers Ewing* for respondent.

No. 536, Misc. ALLEN v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 537, Misc. PEER v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 542, Misc. LANDGRAVER v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 543, Misc. GAWRON v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.